Rachel Campanaro, Respondent, v. The Prudential Insurance Company of America, Appellant.— Order of the City Court of Yonkers setting aside the

verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.